785 A.2d 423

IN THE MATTER OF JAMES S. DEBOSH,
AN ATTORNEY AT LAW.

December 5, 2001.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 00–378 and DRB 00–379, concluding that **JAMES S. DeBOSH** of **PHILLIPSBURG,** who was admitted to the bar of this State in 1992, should be suspended from the practice of law

for a period of three months for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to communicate), *RPC* 1.15(c) (failure to safekeep property), *RPC* 1.16(d) (failure to release client files) and *RPC* 8.1(b) (failure to cooperate); and good cause appearing;

It is ORDERED that **JAMES S. DeBOSH** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective January 2, 2002; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.